IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MATTHEW DILLON,    ) | |
|          ) | |
|     Plaintiff,     ) | |
|          ) | CIVIL ACTION NO. |
|     v.     ) | 3:24cv84-MHT |
|          ) | (WO) |
| LEE COUNTY DETENTION   ) | |
| CENTER,       ) | |
|          ) | |
|     Defendant.     ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining about unsanitary living conditions, limitations on recreation time, and verbal abuse by correctional staff at the Lee County Detention Center. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of April, 2024.

                                     /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**