IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MATTHEW DILLON,           ) | |
|                                    ) | |
|     Plaintiff,        ) | |
|                                    ) | CIVIL ACTION NO. |
|   v.                       ) | 3:24cv84-MHT |
|                                    ) | (WO) |
| LEE COUNTY DETENTION     ) | |
| CENTER,                  ) | |
|                                    ) | |
|     Defendant.       ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of April, 2024.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE